# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROXANNA F. GLASSCOCK,<br><br>                                        Plaintiff,<br><br>             v.<br><br>CAROLYN W. COLVIN, COMMISSIONER<br>OF SOCIAL SECURITY,<br><br>                                        Defendant. | Case No. 2:13-cv-01253-APG-VCF<br><br>**Order Accepting Magistrate Judge's<br>Recommendation and Dismissing Case**<br><br>(Dkt. ## 15, 18, 20) |

On January 22, 2014, Magistrate Judge Ferenbach entered his Order [Dkt. #20] recommending that Plaintiff's Motion for Reversal and/or Remand [Dkt. #15] be denied and that Defendant's Cross-Motion for Summary Judgment [Dkt. #18] be granted. No objection has been filed to Judge Ferenbach's Order. I have conducted a de novo review of the issues set forth in the Order pursuant to Local Rule IB 3-2. Judge Ferenbach's Order sets forth the proper legal analysis, and the factual bases, for the decision. Therefore,

IT IS HEREBY ORDERED that Judge Ferenbach's Order is accepted, Plaintiff's Motion [Dkt. #15] is DENIED, Defendant's Cross-Motion [Dkt. #18] is GRANTED, the Administrative Law Judge's decision is affirmed, and this case is DISMISSED. The clerk of the court shall enter Judgment accordingly.

Dated: June 19, 2014.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE